Katherine Diane BRUNNERT, Plaintiff/Respondent,

v.

Timothy Sylvester BRUNNERT, Defendant/Appellant.

No. ED 81226.

Missouri Court of Appeals, Eastern District, Division Four.

March 11, 2003.

Robert V. Krueger, Mexico, MO, for appellant.

Lori J. Levine, Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., SHERRI B. SULLIVAN, J., and GLENN A. NORTON, J.

**ORDER**

PER CURIAM.

Husband, Timothy Sylvester Brunnert, appeals from the decree of dissolution of marriage to wife, Katherine Diane Brunnert.

We have reviewed the record on appeal and find that the judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An opinion would have no prece-

dential value. The parties, however, have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed. Rule 84.16(b).